No. 00–5540. BAILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5565. RUIZ-MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5735. DOMINGUEZ-ZAMUDIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5742. PANTOJA-LEAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5939. PENADO-RAMOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5996. DELGADO-CHACON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6003. JOHNSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–6019. NUNN v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6025. BRUTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6031. BURNS-BEY v. COMMISSIONER, DEPARTMENT OF CORRECTIONS OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 00–6044. YANEZ-HUERTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6046. ROBLYER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00–6076. TURNER v. BRAXTON, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 00–6083. STEWART v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6088. LUCERO-SANDOVAL, AKA LOZANO-ALANIZ, AKA RODRIGUEZ-SANDOVAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.